# WARRANT FOR ARREST

CO-180 (Rev. 3/93)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA<br>V.<br>CHARLES ANTHONY WEHAUSEN<br>a/k/a TONY WEHAUSEN<br><br>DOB:            PDID: | DOCKET NO: 07-251 | MAGIS. NO: |
| | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br>CHARLES ANTHONY WEHAUSEN<br>a/k/a TONY WEHAUSEN<br><br>FILED<br>OCT -5 2007 | |
| WARRANT ISSUED ON THE BASIS OF: | DISTRICT OF ARREST | NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |
| TO:   ANY UNITED STATES MARSHAL OR<br>OTHER AUTHORIZED OFFICER | CITY | |

**YOU ARE HEREBY COMMANDED** to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

CONSPIRACY
MAIL FRAUD
HONEST SERVICE FRAUD
AIDING AND ABETTING AND CAUSING AN ACT TO BE DONE
FORFEITURE
FORFEITURE

**IN VIOLATION OF:**  UNITED STATES CODE TITLE & SECTION:

18: 371; 1341; 1346; 2; 981; AND 28: 2461

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: | |
|---|---|---|
| ORDERED BY:<br>U.S. MAGISTRATE FACCIOLA | SIGNATURE (JUDGE/MAGISTRATE JUDGE)<br>MAGISTRATE JUDGE FACCIOLA | DATE ISSUED:<br>9/28/07 |
| CLERK OF COURT:<br>Nancy Mayer-Whittington | BY DEPUTY CLERK: | DATE:<br>9/28/07 |

## RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED<br>10/5/07 | ANTHONY SANTORO (DUSM) | Anthony Santoro |

1391814