UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

Holding a Criminal Term
Grand Jury Sworn in on November 3, 2006

**FILED**

OCT 2 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| | Cr. No.: 07-251 |
| v. | Grand Jury Original |
| | VIOLATIONS: |
| CHARLES ANTHONY WEHAUSEN, a/k/a TONY WEHAUSEN, | 18 U.S.C. Section 371 (Conspiracy) |
| | 18 U.S.C. Section 1341 (Mail Fraud) |
| Defendant. | 18 U.S.C. Section 1346 (Honest Services Fraud) |
| | 18 U.S.C. Section 2 (Aiding and Abetting and Causing an Act to be Done) |
| | 18 U.S.C. Section 981 (Forfeiture) |
| | 18 U.S.C. Section 2461 (Forfeiture) |

## LINE OF APPEARANCE

Sir/Madame Clerk:

Please enter the appearance of Mallon A. Snyder, Esquire and Mallon A. Snyder, Chartered as counsel on behalf of the Defendant, Charles Anthony Wehausen, in the above-captioned matter.

Respectfully submitted,

**MALLON A. SNYDER, CHARTERED**

_____
Mallon A. Snyder, Esquire
107 North Adams Street
Rockville, MD 20850
Tel.: (301) 762-7500
Fax.: (301) 762-7509
D.C. Bar No. 387516
mallon.snyder@verizon.net

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of October, 2007, a copy of the foregoing was hand-delivered, addressed to:

United States Attorney,
for the District of Columbia
555 4th Street, NW
Washington, DC    20001

_____
Mallon A. Snyder