UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

Holding a Criminal Term
Grand Jury Sworn in on November 3, 2006

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | Cr. No.:  07-251 |
| | : | |
| v. | : | Grand Jury Original |
| | : | |
| | : | |
| **CHARLES ANTHONY WEHAUSEN,** | : | |
| a/k/a **TONY WEHAUSEN,** | : | |
| | : | |
| Defendant. | : | |

**CONSENT MOTION TO RESCHEDULE STATUS CONFERENCE**

Come now the Defendant, Anthony Wehausen, by and through his attorney, Mallon A. Snyder, and requests this Honorable Court reset the Scheduling Conference currently set for June 13, 2008 at 4:30 p.m. and in support thereof states as follows:

1.  That the undersigned is currently scheduled to be out of the country on a prepaid vacation at the time of the Scheduling Conference in this matter.

2.  That U.S. Attorney, John Griffith, has been contacted and consents to this continuance.

3.  That counsel have cleared the date of June 30, 2008 for the Scheduling Conference.  It is requested that the new hearing be set for 9:00 a.m. or 4:30 p.m.

WHEREFORE, it is respectfully requested that this Honorable Court continue the current Status Conference set for June 13, 2008 at 4:30 p.m. at the request of the Defendant and with the consent of the government.

                                                                                            Respectfully submitted,

                                                                                            **MALLON A. SNYDER, CHARTERED**


                                                                             /s/ Mallon A. Snyder
                                                                             Mallon A. Snyder, Esquire, #387516
                                                                             107 North Adams Street
                                                                             Rockville, MD 20850
                                                                             Tel.: (301) 762-7500
                                                                             Fax.: (301) 762-7509
                                                                             D.C. Bar No. 387516
                                                                             mallon.snyder@verizon.net

                                            **CERTIFICATE OF SERVICE**

       I HEREBY CERTIFY that on this 29th day of May, 2008, a copy of the foregoing was hand-delivered, addressed to:

John Griffith, Esquire
Assistant United States Attorney,
for the District of Columbia
555 4th Street, NW
Washington, DC   20001

                                                                             /s/ Mallon A. Snyder
                                                                             Mallon A. Snyder, Esquire, #387516

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

**Holding a Criminal Term**
**Grand Jury Sworn in on November 3, 2006**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | **Cr. No.: 07-251** |
| | : | |
| v. | : | **Grand Jury Original** |
| | : | |
| | : | |
| **CHARLES ANTHONY WEHAUSEN,** | : | |
| a/k/a **TONY WEHAUSEN,** | : | |
| | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

**ORDER**

Upon consideration of Defendant's Consent Motion to Reschedule Scheduling Conference and good cause having been shown, it is this _____ day of _____, 2008, by the United States District Court for the District of Columbia,

ORDERED, that the Consent Motion to Reschedule Scheduling Conference be and hereby is granted; and it is further,

ORDERED, that the Scheduling Conference in the above captioned matter currently set for June 13, 2008 at 4:30 p.m. be and hereby is reset to June 30, 2008 at 9:00 a.m. or 4:30 p.m.

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge