UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

Holding a Criminal Term
Grand Jury Sworn in on November 3, 2006

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| | Cr. No.: 07-251 |
| v. | Grand Jury Original |
| **CHARLES ANTHONY WEHAUSEN,** a/k/a **TONY WEHAUSEN,** | **FILED** MAY 29 2008 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |
| Defendant. | |

## ORDER

Upon consideration of Defendant's Consent Motion to Reschedule Scheduling Conference and good cause having been shown, it is this 29th day of May, 2008, by the United States District Court for the District of Columbia,

ORDERED, that the Consent Motion to Reschedule Scheduling Conference be and hereby is granted; and it is further,

ORDERED, that the Scheduling Conference in the above captioned matter currently set for June 13, 2008 at 4:30 p.m. be and hereby is reset to June 30, 2008 at ~~9:00 a.m. or~~ 4:30 p.m. CKK

COLLEEN KOLLAR-KOTELLY
United States District Judge