UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA                :
                                        :
v.                                      :   Criminal Action No. **07cr251**
                                        :   Judge Colleen Kollar-Kotelly
                                        :
**CHARLES A. WEHAUSEN**                 :   FILED
                                        :   JUL 01 2008
Defendant                               :   Clerk, U.S. District and
                                        :   Bankruptcy Courts

ORDER

Pursuant to the Status Hearing held in Court on June 30, 2008, the following schedule has been set:

*Initial Disclosures* due no later than August 6, 2008;

*Counsel Objections* due no later than August 20, 2008;

The U.S. Probation Department shall "finalize and file" the *Pre-Sentence Report* for Charles Wehausen by no later than September 3, 2008;

The *Government's Memorandum in Aid of Sentencing* shall be filed by no later than September 8, 2008;

The *Defendant's Memorandum in Aid of Sentencing* shall be filed by no later than September 11, 2008; and it is

FURTHER ORDERED that CHARLES A. WEHAUSEN shall be *sentenced* on September 25, 2008 at 9:15 a.m. in Courtroom 28A.

6/30/08                                    /s/ Colleen Kollar-Kotelly
Date                                       JUDGE COLLEEN KOLLAR-KOTELLY
                                           United States District Judge

(N)

cc: Chambers
Courtroom Clerk
Mallon Snyder, Esq.
John Griffith, AUSA
Pretrial Services
U.S. Probation Office